FILED

10:25 am, 12/16/19
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

WILLIAM FREY,

Plaintiff,

vs.                                                                Case No.  19-CV-50-F

JACKSON WYOMING, TETON
COUNTY, JACKSON HOLE AIRPORT,
JACKSON HOLE AIRPORT BOARD,
NATHAN KARNES, JAMES WHALEN,

Defendants.

## ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE ATTORNEYS' FEES [DOC. 91].

This matter is before the Court on Defendants' Motion for Extension of Time [Doc. 91]. On December 4, 2019, the trial court dismissed with prejudice Plaintiff's Amended Complaint and denied Plaintiff's Motion to Amend [Doc. 89]. At least some of the Defendants intend to seek an award of attorneys' fees under 42 U.S.C. § 1988(b). A motion seeking attorneys' fees is currently due on December 16, 2019. However, Defendants presently seek an extension of that deadline. Having considered the Motion and finding good cause, the Court GRANTS the Motion.

NOW, THEREFORE, IT IS ORDERED Defendants' Motion is GRANTED. Defendants shall have until January 6, 2020, to file their respective motions for attorneys' fees.

DATED this 16th day of December, 2019.

Kelly H. Rankin
United States Magistrate Judge